CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
4512 4th Street
La Mesa, CA 91941
Telephone: (619) 303-4753
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs Brittany Perez Criddell & Dalvin Criddell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY PEREZ CRIDDELL, an Individual; DALVIN CRIDDELL, an Individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. **'23CV1906 W    AHG**<br><br>**COMPLAINT FOR DAMAGES; DEMAND FOR TRIAL BY JURY** |

**COME NOW** Plaintiffs Brittany Perez Criddell and Dalvin Criddell ("Plaintiffs") and allege as follows:

# I.
# INTRODUCTION

1. This action seeks monetary, declaratory, and injunctive relief against defendants for refusing to accommodate Plaintiffs' request for a service animal, in the operation of the condominium complex located at 1570 Black Eagle Drive unit B, San Diego, CA 92126 (hereinafter "the Subject Property"), and thereby discriminating against Plaintiffs due to a disability, in violation of the Fair Housing Act and/or the Fair Employment and Housing Act, in violation of the Fair Housing Act of 1968, as amended, 42 U.S.C. §§3601 *et seq.*, and related federal and state laws.

# II.
# JURISDICTION AND VENUE

2. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §1331 in that the claims alleged herein arise under the laws of the United States. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 to hear and determine Plaintiffs' state law claims because those claims are related to Plaintiffs' federal law claims and arise out of a common nucleus of related facts. Plaintiffs' state law claims are related to Plaintiffs' federal law claims such that those claims form part of the same case or controversy under Article III of the United States Constitution. Venue is proper in that the claims alleged herein arose within the City of Los Angeles, Los Angeles County, California.

# III.
# PARTIES

3. Plaintiffs Brittany Perez Criddell and Dalvin Criddell reside in San Diego, San Diego County, California.

4. Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC, is a Delaware Corporation, which lists on the California Secretary of State's website its principal place of business being in Huntington Beach, Orange County, California.

5. Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as Does 1-10, inclusive, and therefore sue these Defendants by such fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon allege that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' injuries as herein alleged were proximately caused by such Defendants.

6. Each defendant is, and at all times herein relevant was, the agent, employee, or representative of each other defendant, in doing the acts or in omitting to act as alleged in this compliant, was acting within the course and scope of his or her or its actual or apparent authority pursuant to such agency; or the alleged acts or omissions of each defendant as agent were subsequently ratified and adopted by each defendant as principal.

## IV.
## FACTS

7. In January 2022, Plaintiffs Brittany Perez Criddell & Dalvin Criddell, husband and wife, entered into a contract with Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC, A Delaware Corporation, to rent a condominium at the Subject Property. Plaintiffs are informed and believe and thereon allege that Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC, is the owner and management company for the Subject Property.

8. Mrs. Criddell is disabled, suffering from anxiety, depression, and post traumatic stress

disorder. After moving into the Subject Property, she began to experience increased stress and anxiety. To this end, her medical doctor recommended that she obtain a service dog to assist her with her disability. To this end, Mrs. Criddell reached out to Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC, and asked for permission to have a service dog live with her at the Subject Property. Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC directed Mrs. Criddell to Defendant's employee, Maria Vallejo. To this end, Ms. Criddell emailed Ms. Vallejo stating that her doctor recommended a service dog for specific tasks to help her with her disability. Mrs. Criddell provided Ms. Vallejo with a copy of her written medical diagnosis, showing that she needed a service dog to assist her with her disability. Ms. Vallejo denied the request, informing her that service dogs were not allowed. Oddly, Ms. Vallejo suggested that although service dogs were not allowed, that emotional support animals were allowed. Ms. Criddell was confused, so she emailed Ms. Vallejo back, clarifying that she needed a service dog, not just an emotional support animal. Ms. Vallejo declined the request, stating that a service dog was not acceptable. Mrs. Criddell then emailed this odd email exchange to Ms. Vallejo's boss, Heather Senseman. Ms. Senseman responded to the email, thanking Mrs. Criddell sending the email exchange to her. However, Ms. Senseman never further reached out to Mrs. Criddell to solve the problem.

9. The failure to have a service dog became very stressful to Mrs. Criddell and her family. The family did the best they could and got an emotional support animal, a Cocker Spaniel. The Cocker Spaniel was not a service dog, and could provide no assistance to Mrs. Criddell. In fact, the Cocker Spaniel actually increased the stress level in the house, exacerbating Mrs. Criddell's disability. Plaintiffs desperately wanted a service dog, but Defendant would not allow one.

10. As a result of Defendants' refusal to allow a service dog, Mrs. Criddell would get really bad panic attacks, to the point where she would black out. During the last year, she also had several miscarriages, very likely due to this stress. Worse yet, the increased stress for Mrs. Griddle forced her to quit her self-employment job due to her symptoms, as she could no longer work. During this same time period, Mrs. Criddell had to drop out of school because of the increased stress.

In the summer of 2023, Mrs. Criddell spoke with Ms. Senseman on the phone, and mentioned that she had been denied a service dog. Ms. Senseman said, "Let's not talk about that any more." And that was it.

## V.
## INJURIES

11. By reason of defendants' unlawful acts and practices, Plaintiffs have suffered loss of important housing opportunities, deprivation of the full use and enjoyment of her tenancy, and severe emotional distress and physical injury, humiliation and mental anguish, fear, stress, including bodily injury such as panic attacks, blackouts, stomach aches; head aches; sleep loss; feelings of depression, anxiety, discouragement, anger, and nervousness; and reliving the experience; and other special and general damages according to proof.

12. In doing the acts of which plaintiffs complain, Defendants and its agents and employees intentionally or recklessly violated Plaintiffs' rights. Accordingly, Plaintiff s are entitled to punitive damages.

## VI.
## FIRST CLAIM
### (Fair Housing Act)

13. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

14. In committing the acts herein above alleged, Defendants LIBERTY MILITARY HOUSING HOLDINGS, LLC and Does 1 through 10 (hereinafter collectively "Defendants") injured Plaintiffs by failing to reasonably accommodate Plaintiff Brittany Perez Criddell's disability, and failing to thereby allow Plaintiffs to have a service animal to assist Ms. Criddell with her disability, such actions being in violation of the Fair Housing Act, 42 U.S.C. §3601 *et seq.*, including 42 U.S.C. §3604(f).

15.     As a proximate result of Defendants' violations enumerated above, Plaintiffs have been damaged in amounts which are subject to proof, but not less than $50,000 as against each Defendant named. By committing the actions hereinabove alleged, all Defendants committed discriminatory housing practices in violation of the Fair Housing Act, 42 U.S.C. §3601 *et seq.*, namely, by failing to reasonably accommodate Plaintiffs' request for a service animal in violation of 42 U.S.C. §3601 *et seq.*

## SECOND CLAIM
### (California Fair Employment and Housing Act)

16.     Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

17.     In committing the acts herein above alleged, Defendants LIBERTY MILITARY HOUSING HOLDINGS, LLC and Does 1 through 10 (hereinafter collectively "Defendants")  (Hereinafter "Defendants") injured Plaintiffs by failing to reasonably accommodate Plaintiff Brittany Perez Criddell's disability, and failing to thereby allow Plaintiffs to have a service animal to assist Mrs. Criddell with her disability, such actions being in violation of the California Fair Employment and Housing Act, California Government Code §§12927 and 12955 *et seq.*, including Govt. Code §12955(d).

18.     As a proximate result of Defendants' violations enumerated above, Plaintiffs have each been damaged in amounts which are subject to proof, but not less than $50,000 as against each Defendant named.

## THIRD CAUSE OF ACTION
### (Negligence)

19.     Plaintiffs reallege and incorporate by reference the above-referenced paragraphs of the complaint herein.

20.     Defendants LIBERTY MILITARY HOUSING HOLDINGS, LLC and Does 1 through

10 (Hereinafter "Defendants") owed Plaintiffs a duty to operate the Subject Property in a manner that was free from unlawful disability discrimination, and to hire, train, supervise, and discipline their employees and board members as well as themselves to fulfill these duties. Defendants negligently violated these duties by refusing to allow Plaintiff Brittany Perez Criddell to have a service animal to assist her with her disability. Defendants' violation of that duty was the result of negligence, including, but not limited to:

  A. Defendants' negligent failure to hire persons who were familiar with the requirements of state and federal fair housing laws, which prohibit discrimination based upon disability;

  B. Defendants' negligent failure to train their employees and themselves regarding the requirements of state and federal fair housing laws, which prohibit discrimination based upon disability;

  C. Defendants' negligent failure to supervise their employees regarding compliance with the requirements of state and federal fair housing laws, which prohibit discrimination based upon disability; and

21. As a legal result of Defendants' negligent conduct, Plaintiffs suffered a violation of their rights, deprivation of the full use and enjoyment of their tenancy, and have been discriminated against upon the basis of Mrs. Criddell's disability, and suffered bodily injury, including humiliation, physical and emotional distress. Plaintiffs have suffered emotional damages in the amount to be proven at time of trial.

* * *
* * *
* * *
* * *
* * *

## FOURTH CLAIM

### (Unfair Business Practices)

22. Plaintiffs realleges and incorporates all previous paragraphs.

23. In acting as herein alleged, Defendants LIBERTY MILITARY HOUSING HOLDINGS, LLC and Does 1 through 10 (Hereinafter "Defendants") have engaged in a pattern or practice of unlawful discrimination based upon disability in the operation of the Subject Property, a business establishment, and therefore have engaged in acts of unfair competition as the same is defined in California Business & Professions Code §17200 *et seq*.

## VII.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Brittany Perez Criddell and Dalvin Criddell request entry of judgment against Defendant LIBERTY MILITARY HOUSING HOLDINGS, LLC and Does 1 - 10 (hereinafter collectively "Defendants") that:

1. Awards compensatory damages according to proof;

2. Declares that Defendants have violated the provisions of the applicable state and federal fair housing laws;

3. Enjoins all unlawful practices complained about herein and imposes affirmative injunctive relief requiring defendants, their partners, agents, employees, assignees, and all persons acting in concert or participating with them, to take affirmative action to provide equal housing opportunities to all tenants and prospective tenants regardless of disability;

4. Awards costs of suit herein incurred;

5. Awards reasonable attorneys' fees under state and federal fair housing laws;

6. Awards reasonable attorney's fees pursuant to 42 U.S.C. 3613(c)(2); CA. Govt. Code §12965(b); CA Govt. Code 12989.2; and

7.  Awards all such other and further relief as the court may deem proper.

Dated: October 18, 2023                    LAW OFFICES OF CRAIG P. FAGAN

                                           By: **/s/Craig P. Fagan**
                                           Craig P. Fagan
                                           Attorneys for Plaintiffs
                                           Brittany Perez Criddell & Dalvin Criddell

## VIII.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby request a trial by jury.

Dated: October 18, 2023                    LAW OFFICES OF CRAIG P. FAGAN

                                           By: **/s/Craig P. Fagan**
                                           Craig P. Fagan
                                           Attorneys for Plaintiffs
                                           Brittany Perez Criddell & Dalvin Criddell