UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY PEREZ CRIDDELL and DALVIN CRIDDELL,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC; LMH MILITARY PROPERTY MANAGEMENT LP; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  3:23-cv-01906-W-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 9]** |

Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"), both of which are currently set for February 2, 2024. ECF No. 9.

Good cause appearing, the Joint Motion is **GRANTED**. The ENE and CMC are hereby **CONTINUED** to **February 5, 2024** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. In accordance with the Local Rules, the Court requires attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. CivLR 16.1(c)(1).

As before, the ENE and CMC shall take place via videoconference, using the Court's official Zoom account. Participants should review the Court's previous Order Setting the ENE and CMC (ECF No. 7) for technical guidance regarding the use of Zoom, if needed. All other dates, deadlines, and requirements set forth in that Order remain in place and are incorporated by reference as though fully set forth herein.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge