UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY PEREZ CRIDDELL, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  23-CV-1906 W (AHG)<br><br>**ORDER DISMISSING CASE** |

　　　The parties have filed a joint stipulation for dismissal, which states the Plaintiffs "may dismiss the above-entitled action with prejudice, all parties to bear their own attorney's fees and costs." (*See Stip.* [Doc. 13].) The Court interprets the stipulation as a joint motion to dismiss and **ORDERS** the case **DISMISSED WITH PREJUDICE** with all parties bearing their own attorney's fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  May 20, 2024

_____
Hon. Thomas J. Whelan
United States District Judge

1